In re: **PARK AVENUE RADIOLOGISTS, P.C.** _____ ,   Case No. _____

Debtor    Chapter    **11**

# Exhibit "A" to Voluntary Petition

1.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.  The following financial data is the latest available information and refers to debtor's condition on .

a.  Total assets    $ _____  **2,929,517.48**

b.  Total debts (including debts listed in 2.c., below)    $ _____  **5,776,131.65**

Approximate number of holders

c.  Debt securities held by more than 500 holders.

| secured | unsecured | subordinated | | |
|---|---|---|---|---|

d.  Number of shares of preferred stock    _____    _____

e.  Number of shares of common stock    _____    _____

Comments, if any:

3.  Brief description of debtor's business:

**RADIOLOGY IMAGING CENTER**

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**DR. ALBERT MESSINA 33.333%**
**DR. MARC LIEBESKIND 66.667%**

**(PRIOR TO REDEMPTION OF SHARES AS DETERMINED BY ARBITRATION AWARD)**

## United States Bankruptcy Court

## Southern District of New York

In re **PARK AVENUE RADIOLOGISTS, P.C.** ,

Debtor

Case No. _____

Chapter  11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $          0.00 | | |
| B - Personal Property | NO | 3 | $   2,929,517.48 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $   1,002,521.89 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $   4,773,609.76 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 14 | $   2,929,517.48 | $   5,776,131.65 | |

In re: __PARK AVENUE RADIOLOGISTS, P.C._____,
                   **Debtor**

Case No. _____
                **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ➤ | 0.00 |

(Report also on Summary of Schedules.)

In re **PARK AVENUE RADIOLOGISTS, P.C.** _____, Case No. _____
                                        **Debtor**                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HSBC ACCOUNT**<br>**619 72185 5** | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **LOCKBOX - 6300729175**<br><br>**JPMORGAN CHASE**<br>**270 PARK AVENUE**<br>**42ND FLOOR**<br>**NEW YORK, NY 10017** | | 123,419.60 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **OPERATING - 6301353683**<br><br>**JP MORGAN CHASE BANK**<br>**270 PARK AVENUE**<br>**NEW YORK, NY 10017** | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PAYROLL - 6300223581**<br><br>**JPMORGAN CHASE**<br>**270 PARK AVENUE**<br>**42ND FLOOR**<br>**NEW YORK, NY 10017** | | 59,403.88 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| | | | | |

In re **PARK AVENUE RADIOLOGISTS, P.C.** ,       Case No. _____

                   Debtor                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **AR THROUGH 8/11/09** | | **2,746,694.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **POTENTIAL CLAIM AGAINST MARC LIEBESKIND** | | **UNKNOWN** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

In re   **PARK AVENUE RADIOLOGISTS, P.C.**                              Case No. _____
_____                                              (If known)
                        **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | **KONICA CR SYSTEM** | | **UNKNOWN** |
| Machinery, fixtures, equipment and supplies used in business. | | **PET/CT SCANNER ROOM** | | **UNKNOWN** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

  __2__   continuation sheets attached                    Total    ➢    | **$2,929,517.48** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **PARK AVENUE RADIOLOGISTS, P.C.** _____ ,     Case No. _____

                                    Debtor                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | AR THROUGH 8/11/09 | | | | 165,521.90 | 0.00 |
| JP MORGAN CHASE<br>270 PARK AVENUE<br>42ND FLOOR<br>NEW YORK, NY 10017 | | | HSBC ACCOUNT<br>619 72185 5<br><br>KONICA CR SYSTEM<br>LOCKBOX - 6300729175<br><br>JPMORGAN CHASE<br>270 PARK AVENUE<br>42ND FLOOR<br>NEW YORK, NY 10017<br>OPERATING - 6301353683<br><br>JP MORGAN CHASE BANK<br>270 PARK AVENUE<br>NEW YORK, NY 10017<br>PAYROLL - 6300223581<br><br>JPMORGAN CHASE<br>270 PARK AVENUE<br>42ND FLOOR<br>NEW YORK, NY 10017<br><br>VALUE $182,823.50 | | | | | |

1    continuation sheets attached

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $   165,521.90 | $   0.00 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **PARK AVENUE RADIOLOGISTS, P.C.**                              ,        Case No. _____

                                    **Debtor**                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SIEMENS FINANCIAL SERVICES, INC.**<br>**2809 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693**<br><br><br>**SIEMENS FINANCIAL SERVICES, INC.**<br>**200 SOMERSET CORP. BLVD**<br>**BRIDGEWATER, NJ 08807** | | | **KONICA CR SYSTEM**<br>**PET/CT SCANNER ROOM**<br><br>**VALUE: UNKOWN** | X | | | 165,521.90 | N/A |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $        165,521.90 | $              0.00 |

| | |
|---|---|
| $        331,043.80 | $              0.00 |

(Report also on Summary of Schedules)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **PARK AVENUE RADIOLOGISTS, P.C.**                                               Case No.  _____
                                Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

In re     **PARK AVENUE RADIOLOGISTS, P.C.**                                    Case No. _____
_____                                            (If known)
                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 21126**<br>**PHILADELPHIA, PA 19114**<br><br>**US ATTORNEY**<br>**ONE ST. ANDREW'S PLAZA**<br>**CLAIMS UNIT-RM417**<br>**NEW YORK, NY 10007** | | | **FOR NOTICE PURPOSES ONLY** | | | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**NEW YORK STATE DEPARTMENT OF FINANC**<br>**BANKRUPTCY/SPECIAL PROCEDURES SECT**<br>**P.O. BOX 5300**<br>**ALBANY, NY 12205-0300**<br>**NYS ATTY GEN. OFFICE**<br>**120 BROADWAY**<br>**24TH FLOOR**<br>**NEW YORK, NY 10271** | | | **FOR NOTICE PURPOSES ONLY** | | | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**NYC DEPARTMENT OF FINANCE**<br>**ATTN: LEGAL AFFAIRS - DEVORA COHN**<br>**345 ADAMS STREET, 3RD FL**<br>**BROOKLYN, NY 11201**<br>**CORP. COUNSEL**<br>**LAW DEPT.**<br>**100 CHURCH STREET**<br>**NEW YORK, NY 10007** | | | **FOR NOTICE PURPOSES ONLY** | | | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**NYS UNEMPLOYMENT INSURANCE FUND**<br>**P.O. BOX 551**<br>**ALBANY, NY 12201** | | | **FOR NOTICE PURPOSES ONLY** | | | X | 0.00 | 0.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals▷<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

In re  **PARK AVENUE RADIOLOGISTS, P.C.** _____  Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AMERICAN EXPRESS**<br>**P.O BOX 2855**<br>**NEW YORK, NY 10116-2855** | | | | | | | **6,122.68** |
| ACCOUNT NO.<br>**AVAYA FINANCIAL SERVICES**<br>**524 GRAND REGENCY BLVD**<br>**BRANDON, FL 33594** | | | | | | | **5,398.76** |
| ACCOUNT NO.<br>**BERDON LLP**<br>**ATTN: HARVEY SUBNICK**<br>**ONE JERICHO PLAZA**<br>**JERICHO, NY 11753** | | | | | | | **45,009.00** |
| ACCOUNT NO.<br>**DR. ALBERT MESSINA**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065** | | | POSSIBLE REDEMPTION CLAIM | X | | X | **UNKNOWN** |
| ACCOUNT NO.<br>**DR. ALBERT MESSINA**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065** | | | COMPENSATION | | | | **UNKNOWN** |

      4   Continuation sheets attached

                                                    Subtotal  >  $         **56,530.44**

                                                    Total  >  $

                                          (Use only on last page of the completed Schedule F.)
                                  (Report also on Summary of Schedules and, if applicable on the Statistical
                                      Summary of Certain Liabilities and Related Data.)

In re  **PARK AVENUE RADIOLOGISTS, P.C.** _____  Case No. _____
                                                        **Debtor**                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | | X | UNKNOWN |
| **ESTATE OF ARIE LIEBESKIND C/O RONALD J. OFFENKRANTZ LICHTER GLEIDMAN OFFENKRANTZ PC 551 FIFTH AVENUE NEW YORK, NY 10176**<br><br>**EXECUTOR, FRANKLIN JULIE JOSEPH & KOPPEL 551 FIFTH AVENUE NEW YORK, NY 10176** | | | **REDEMPTION OF SHARES: MLLH/REAL ESTATE CLAIM** | | | | |
| ACCOUNT NO. | X | | | | | X | 800,000.00 |
| **ESTATE OF ARIE LIEBESKIND C/O RONALD J. OFFENKRANTZ LICHTER GLEIDMAN OFFENKRANTZ PC 551 FIFTH AVENUE NEW YORK, NY 10176**<br><br>**EXECUTOR, FRANKLIN JULIE JOSEPH & KOPPEL 551 FIFTH AVENUE NEW YORK, NY 10176** | | | **RETIREMENT CLAIM** | | | | |
| ACCOUNT NO. | X | | | X | | X | UNKNOWN |
| **ESTATE OF DOREEN LIBESKIND C/O RONALD J. OFFENKRANTZ LICHTER GLEIDMAN OFFENKRANTZ PC 551 FIFTH AVENUE NEW YORK, NY 10176**<br><br>**EXECUTOR, FRANKLIN JULIE JOSEPH & KOPPEL 551 FIFTH AVENUE NEW YORK, NY 10176** | | | **REDEMPTION OF SHARES: MLLH/REAL ESTATE CLAIM** | | | | |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ **800,000.00**

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **PARK AVENUE RADIOLOGISTS, P.C.** _____          Case No. _____
                                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | X | 600,000.00 |
| **GARY HALPERN 1641 THIRD AVENUE APT 35H NEW YORK, NY 10128** <br><br> **GARY HALPEN 106 SOUTH HIGHLAND GARRISON, NY 10524** | | | RETIREMENT CLAIM | | | | |
| ACCOUNT NO. | X | | | X | | X | UNKNOWN |
| **GARY HALPERN 1641 THIRD AVENUE APT 35H NEW YORK, NY 10128** <br><br> **GARY HALPERN 101 SOUTH HIGHLAND GARRISON, NY 10524** | | | REDEMPTION OF SHARES: MLLH/REAL ESTATE CLAIM | | | | |
| ACCOUNT NO. | | | | | | X | UNKNOWN |
| **MADELINE TRIOLO C/O STEVEN JAY BASSIN, ESQ. 233 BROADWAY, SUITE 2707 NEW YORK, NY 10279** | | | | | | | |
| ACCOUNT NO. | X | | | X | | X | UNKNOWN |
| **MARC LIEBESKIND C/O DAVID N. WYNN, ESQ. ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019** <br><br> **MARC LIEBESKIND 350 EAST 72ND STREET NEW YORK, NY 10021** | | | REDEMPTION OF SHARES: MLLH/REAL ESTATE CLAIM | | | | |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                          600,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **PARK AVENUE RADIOLOGISTS, P.C.**                Case No. _____
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | X | 3,200,000.00 |
| **MARC LIEBESKIND** **C/O DAVID N. WYNN, ESQ.** **ARENT FOX LLP** **1675 BROADWAY** **NEW YORK, NY 10019** **MARC LIEBESKIND** **350 EAST 72ND STREET** **NEW YORK, NY 10021** | | | REDEMPTION OF SHARES: PROFESSIONAL ENTITIES REDEMPTION CLAIM | | | | |
| ACCOUNT NO. | | | | | | | 5,910.00 |
| **MEDICAL MALPRACTICE INSURANCE** **2 PARK AVENUE** **SUITE 2600** **NEW YORK, NY 10016** | | | | | | | |
| ACCOUNT NO. | | | | | | | UNKNOWN |
| **MEDICAL SPECIALTIES MANAGERS, INC.** **681 SOUTH PARKER STREET** **SUITE 100** **ORANGE, CA 92868-4719** | | | | | | | |
| ACCOUNT NO. | | | | | | | 67,753.97 |
| **MORGENTHAU & GREENES LLP** **ATTN: STEVEN GREENES, ESQ.** **875 LEXINGTON AVENUE** **NEW YORK, NY 10022** | | | | | | | |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                    Subtotal  >  $        **3,273,663.97**

                                        Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **PARK AVENUE RADIOLOGISTS, P.C.** _____
Case No. _____

Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 970.00 |
| NEW YORK STATE DEPARTMENT OF HEALTH P.O. BOX 9480 UNIONDALE, NY 11555-9480 | | | | | | | |
| ACCOUNT NO. | | | | | | | 13,370.84 |
| THE HARTFORD FINANCIAL SERVICES, INC. P.O. BOX 2907 HARTFORD, CT 06104-2907 | | | | | | | |
| ACCOUNT NO. | | | | | | | 29,074.51 |
| ZUKERMAN GORE BRANDEIS & CROSSMAN L ATTN: JOHN CROSSMAN, ESQ. 875 THIRD AVENUE NEW YORK, NY 10022 | | | | | | | |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ **43,415.35**

Total  >  $ **4,773,609.76**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:  PARK AVENUE RADIOLOGISTS, P.C. ,  Case No. _____
                    **Debtor**                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **JOHN MELNICK MD**<br>**166 BANK STREET**<br>**APT. 4C**<br>**NEW YORK, NY 10014** | **EMPLOYMENT AGREEMENT** |
| **MEDICAL SPECIALTIES MANAGERS**<br>**681 SOUTH PARKER STREET, SUITE 100**<br>**ORANGE, CA  92868-4719** | **BILLING AND COLLECTION SERVICES AGREEMENT** |
| **NEIL GOLDBERG MD**<br>**30 HELLER DRIVE**<br>**UPPER MONTCLAIR, NJ 07043** | **EMPLOYMENT AGREEMENT** |
| **PAUL ROLEN MD**<br>**125 EAST 82ND STREET**<br>**APT. 9**<br>**NEW YORK, NY 10028** | **EMPLOYMENT AGREEMENT** |

B6H (Official Form 6H) (12/07)

In re: **PARK AVENUE RADIOLOGISTS, P.C.**

_____
Debtor

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **IMAGING SERVICES COMPANY OF NY LLC**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065**<br><br><br>**MLLH REALTY CORP**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065** | **ESTATE OF ARIE LIEBESKIND**<br>**C/O RONALD J. OFFENKRANTZ**<br>**LICHTER GLEIDMAN OFFENKRANTZ PC**<br>**551 FIFTH AVENUE**<br>**NEW YORK, NY 10176** |
| **IMAGING SERVICES COMPANY OF NY LLC**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065**<br><br><br>**MLLH REALTY CORP**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065** | **ESTATE OF DOREEN LIBESKIND**<br>**C/O RONALD J. OFFENKRANTZ**<br>**LICHTER GLEIDMAN OFFENKRANTZ PC**<br>**551 FIFTH AVENUE**<br>**NEW YORK, NY 10176** |
| **IMAGING SERVICES COMPANY OF NY LLC**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065**<br><br>**IMAGING SERVICES COMPANY OF NY LLC**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065**<br><br>**MLLH REALTY CORP**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065**<br><br>**MLLH REALTY CORP.**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065** | **GARY HALPERN**<br>**1641 THIRD AVENUE**<br>**APT 35H**<br>**NEW YORK, NY 10128** |
| **IMAGING SERVICES COMPANY OF NY LLC**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065**<br><br><br>**IMAGING SERVICES COMPANY OF NY LLC**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065**<br><br>**MLLH REALTY CORP**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065**<br><br>**MLLH REALTY CORP**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065** | **MARC LIEBESKIND**<br>**C/O DAVID N. WYNN, ESQ.**<br>**ARENT FOX LLP**<br>**1675 BROADWAY**<br>**NEW YORK, NY 10019** |

In re  PARK AVENUE RADIOLOGISTS, P.C. _____     Case No. _____
                              Debtor                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### (NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I ALBERT V. MESSINA, the **PRESIDENT** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **15**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  8/24/09 _____          Signature: _____

                                       ALBERT V. MESSINA PRESIDENT
                                       [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

In re:  **PARK AVENUE RADIOLOGISTS, P.C.**

Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| DR. ALBERT MESSINA 525 PARK AVENUE NEW YORK, NY 10065 | | | 33.33% |
| DR. MARC LIEBESKIND 350 EAST 72ND STREET NEW YORK, NY 10021 | | | 66.67% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, ALBERT V. MESSINA, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  8/26/09

ALBERT V. MESSINA , PRESIDENT
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re:  **PARK AVENUE RADIOLOGISTS, P.C.** _____,          Case No. _____

Debtor                                                        (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 9,755,047.24 | **INCOME FROM OPERATIONS OF RADIOLOGY CENTER** | **2008** |
| 16,451,881.00 | **INCOME FROM OPERATIONS OF RADIOLOGY CENTER** | **2007** |
| 9,755,047.24 | **INCOME FROM OPERATIONS OF RADIOLOGY CENTER** | **2009** |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **GARY HALPERN 1641 THIRD AVENUE APT 35H NEW YORK, NY 10128** FORMER SHAREHOLDER | **FEB 2009** | **100,000.00** | **600,000.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **IN RE MARC LIEBESKIND, FOR STAY OF ARBITRATION V. ALBERT V. MESSINA, ARIE L. LIEBESKIND, THE ESTATE OF DOREEN LIEBESKIND, GARY J. HALPERN, AND KITCHEN TABLE ASSOCIATES** --- **IN RE THE ESTATES OF DOREEN LIEBESKIND AND ARIE LIEBESKIND V. ALBERT V MESSINA, PARK AVENUE RADIOLOGISTS PC, MLLH REALTY CORP, MARC LIEBESKIND, EASTSIDE DIAGNOSTIC INAGING, PLLC, AND KITCHEN TABLE ASSOCIATES LLC INDEX NO. 111075/2007** | **ARBITRATION AWARD** | **SUPREME COURT OF THE STATE OF NY INDEX NO. 111075/2007** | **PENDING** |
| **MADELINE TRIOLO v. ERIC FALKSON, M.D. AND PARK AVENUE RADIOLOGISTS 16609/07** | | **SUPREME COURT OF THE STATE OF NEW Y COUNTY OF KINGS** | **PENDING** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ROBINSON BROG LEINWAND GREENE 1345 AVENUE OF AMERICAS NEW YORK, NY 10105** | **08/05/09, IMAGING SERVICES COMPANY OF NEW YORK** | **$20,000 RETAINER $1,039 FILING FEE** |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.　List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.　List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.　List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑ b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **BERDON LLP** **ONE JERICHO PLAZA** **JERICHO, NY 11753** | |

None ☐ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **BERDON LLP** | | |

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **DR. ALBERT V. MESSINA**<br>**525 PARK AVENUE**<br>**NEW YORK, NY 10065** | **PRESIDENT** | **33.33%** |
| **DR. MARC LIEBESKIND**<br>**350 EAST 72ND STREET**<br>**NEW YORK, NY 10021** | | **66.67%** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  8/24/09                          Signature _____

ALBERT V. MESSINA, PRESIDENT
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

## United States Bankruptcy Court
## Southern District of New York

In re **PARK AVENUE RADIOLOGISTS, P.C.**          ,   Case No. _____

                      Debtor         Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MARC LIEBESKIND C/O DAVID N. WYNN, ESQ. ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 | | | DISPUTED | $3,200,000.00 |
| ESTATE OF ARIE LIEBESKIND C/O RONALD J. OFFENKRANTZ LICHTER GLEIDMAN OFFENKRANTZ PC 551 FIFTH AVENUE NEW YORK, NY 10176 | | | DISPUTED | $800,000.00 |
| GARY HALPERN 1641 THIRD AVENUE APT 35H NEW YORK, NY 10128 | | | DISPUTED | $600,000.00 |
| SIEMENS FINANCIAL SERVICES, INC. 2809 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | | | | $165,521.89 SECURED VALUE: |
| MORGENTHAU & GREENES LLP ATTN: STEVEN GREENES, ESQ. 875 LEXINGTON AVENUE NEW YORK, NY 10022 | | | | $67,753.97 |
| BERDON LLP ATTN: HARVEY SUBNICK ONE JERICHO PLAZA JERICHO, NY 11753 | | | | $45,009.00 |

In re <u>PARK AVENUE RADIOLOGISTS, P.C.</u>       , Case No. _____

                          Debtor                    Chapter  <u>11</u>

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ZUKERMAN GORE BRANDEIS & CROSSMAN L<br>ATTN: JOHN CROSSMAN, ESQ.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | $29,074.51 |
| THE HARTFORD FINANCIAL SERVICES, INC.<br>P.O. BOX 2907<br>HARTFORD, CT 06104-2907 | | | | $13,370.84 |
| AMERICAN EXPRESS<br>P.O BOX 2855<br>NEW YORK, NY 10116-2855 | | | | $6,122.68 |
| MEDICAL MALPRACTICE INSURANCE<br>2 PARK AVENUE<br>SUITE 2600<br>NEW YORK, NY 10016 | | | | $5,910.00 |
| AVAYA FINANCIAL SERVICES<br>524 GRAND REGENCY BLVD<br>BRANDON, FL 33594 | | | | $5,398.76 |
| NEW YORK STATE DEPARTMENT OF HEALTH<br>P.O. BOX 9480<br>UNIONDALE, NY 11555-9480 | | | | $970.00 |

In re <u>PARK AVENUE RADIOLOGISTS, P.C.</u>_____, Case No. _____

                                     Debtor                     Chapter   <u>11</u>

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, ALBERT V. MESSINA, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: ___<u>8/26/09</u>___                    Signature: _____

                                          ALBERT V. MESSINA ,PRESIDENT
                                          (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re:    **PARK AVENUE RADIOLOGISTS, P.C.** _____    Case No. _____

                   Debtor                        Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

    ☐ Debtor          ☑ Other (specify)    **IMAGING SERVICES COMPANY OF NY LLC**

3. The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)    [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _8/26/09_                   _____

                                           **A. MITCHELL GREENE, Bar No.**

                                           **Robinson Brog Leinwand Greene et al.**
                                           Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   **PARK AVENUE RADIOLOGISTS, P.C.**

                   Debtor

Case No. _____

Chapter _11_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 4 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _8/24/09_____

Signed: _____
       A. MITCHELL GREENE
       Attorney for Debtor(s)
       Bar no.:
       **Robinson Brog Leinwand Greene et al.**
       **1345 Avenue of the Americas**
       **New York, NY 10105**
       Telephone No.:  **(212) 603-6300**
       Fax No.:
       E-mail address:

Signed: _____
       ALBERT V. MESSINA

```
GARY HALPERN
101 SOUTH HIGHLAND
GARRISON, NY 10524



MARC LIEBESKIND
350 EAST 72ND STREET
NEW YORK, NY 10021



AMERICAN EXPRESS
P.O BOX 2855
NEW YORK, NY 10116-2855



AVAYA FINANCIAL SERVICES
524 GRAND REGENCY BLVD
BRANDON, FL 33594



ESTATE OF ARIE LIEBESKIND
C/O RONALD J. OFFENKRANTZ
LICHTER GLEIDMAN OFFENKRANTZ PC
551 FIFTH AVENUE
NEW YORK, NY 10176

BERDON LLP
ATTN: HARVEY SUBNICK
ONE JERICHO PLAZA
JERICHO, NY 11753



CORP. COUNSEL
LAW DEPT.
100 CHURCH STREET
NEW YORK, NY 10007



DR. ALBERT MESSINA
525 PARK AVENUE
NEW YORK, NY 10065



ESTATE OF ARIE LIEBESKIND
C/O RONALD J. OFFENKRANTZ
LICHTER GLEIDMAN OFFENKRANTZ PC
551 FIFTH AVENUE
NEW YORK, NY 10176
```

ESTATE OF DOREEN LIBESKIND
C/O RONALD J. OFFENKRANTZ
LICHTER GLEIDMAN OFFENKRANTZ PC
551 FIFTH AVENUE
NEW YORK, NY 10176


EXECUTOR, FRANKLIN JULIE
JOSEPH & KOPPEL
551 FIFTH AVENUE
NEW YORK, NY 10176


GARY HALPEN
106 SOUTH HIGHLAND
GARRISON, NY 10524


GARY HALPERN
1641 THIRD AVENUE
APT 35H
NEW YORK, NY 10128


IMAGING SERVICES COMPANY OF NY LLC
525 PARK AVENUE
NEW YORK, NY 10065


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114


JP MORGAN CHASE
270 PARK AVENUE
42ND FLOOR
NEW YORK, NY 10017


MADELINE TRIOLO
C/O STEVEN JAY BASSIN, ESQ.
233 BROADWAY, SUITE 2707
NEW YORK, NY  10279


MARC LIEBESKIND
C/O DAVID N. WYNN, ESQ.
ARENT FOX LLP
1675 BROADWAY
NEW YORK, NY 10019

MEDICAL MALPRACTICE INSURANCE
2 PARK AVENUE
SUITE 2600
NEW YORK, NY 10016


MEDICAL SPECIALTIES MANAGERS, INC.
681 SOUTH PARKER STREET
SUITE 100
ORANGE, CA 92868-4719


MLLH REALTY CORP
525 PARK AVENUE
NEW YORK, NY 10065


MLLH REALTY CORP.
525 PARK AVENUE
NEW YORK, NY 10065


MORGENTHAU & GREENES LLP
ATTN: STEVEN GREENES, ESQ.
875 LEXINGTON AVENUE
NEW YORK, NY 10022


NEW YORK STATE DEPARTMENT OF FINANC
BANKRUPTCY/SPECIAL PROCEDURES SECT
P.O. BOX 5300
ALBANY, NY 12205-0300


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS STREET, 3RD FL
BROOKLYN, NY 11201


NEW YORK STATE DEPARTMENT OF HEALTH
P.O. BOX 9480
UNIONDALE, NY 11555-9480


NYS ATTY GEN. OFFICE
120 BROADWAY
24TH FLOOR
NEW YORK, NY 10271

NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201


SIEMENS FINANCIAL SERVICES, INC.
2809 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


SIEMENS FINANCIAL SERVICES, INC.
200 SOMERSET CORP. BLVD
BRIDGEWATER, NJ 08807


THE HARTFORD FINANCIAL SERVICES, IN
P.O. BOX 2907
HARTFORD, CT 06104-2907


US ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-RM417
NEW YORK, NY 10007


ZUKERMAN GORE BRANDEIS & CROSSMAN L
ATTN: JOHN CROSSMAN, ESQ.
875 THIRD AVENUE
NEW YORK, NY 10022

# United States Bankruptcy Court
# Southern District of New York

In re  **PARK AVENUE RADIOLOGISTS, P.C.**

Case No.

Debtor.

Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **PARK AVENUE RADIOLOGISTS, P.C.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                        **% of Shares Owned**

**None**

OR,

____**X**____  There are no entities to report.

By: _____

**A. MITCHELL GREENE**
Signature of Attorney

Counsel for  **PARK AVENUE RADIOLOGISTS, P.C.**

Bar no.:

Address.:  **Robinson Brog Leinwand Greene et al.
1345 Avenue of the Americas
New York, NY 10105**

Telephone No.: **(212) 603-6300**

Fax No.:
E-mail address: