UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re

PARK AVENUE RADIOLOGISTS, P.C., *et al.*

        Debtors.

-------------------------------------------------------------x

Chapter 11

Case Nos.:    09-14929 (MG)
               through 09-14931 (MG)
               (Jointly Administered)

STATE OF NEW YORK    )
                         ss.:
COUNTY OF NEW YORK  )

     **Marshall Chasan**, being duly sworn, deposes and says:

    1.  I am not a party to the action, am over 18 years of age and reside in Oceanside, New York.

    2.  On the 28th day of July, 2010, I served the:

         *1.*      *Order Approving Debtors' Disclosure Statements, Fixing Time for Filing Acceptances or Rejections of Plan and Fixing Time for Confirmation Hearing*

         *2.*      *First Amended Plan of Reorganization of Park Avenue Radiologists, P.C. as modified*

         *3.*      *First Amended Disclosure Statement for First Amended Plan of Reorganization of Park Avenue Radiologists, P.C., as modified*

         *4.*      *Appropriate Ballot or Notification of Non-Voting Status* via *FIRST CLASS MAIL* upon

    ***ALL PARTIES ON THE SERVICE LIST ATTACHED HERETO AS EXHIBIT A***

         *1.*      *Order Approving Debtors' Disclosure Statements, Fixing Time for Filing Acceptances or Rejections of Plan and Fixing Time for Confirmation Hearing*

2.   *First Amended Plan of Reorganization of Imaging Services Company of New York, LLC as modified*

3.   *First Amended Disclosure Statement for First Amended Plan of Reorganization of Imaging Services Company of New York, LLC, as modified*

4.   *Appropriate Ballot or Notification of Non-Voting Status*

via *FIRST CLASS MAIL* upon

### *ALL PARTIES ON THE SERVICE LIST ATTACHED HERETO AS EXHIBIT B*

1.   *Order Approving Debtors' Disclosure Statements, Fixing Time for Filing Acceptances or Rejections of Plan and Fixing Time for Confirmation Hearing*

2.   *First Amended Plan of Reorganization of MLLH Realty Corp., as modified*

3.   *First Amended Disclosure Statement for First Amended Plan of Reorganization of MLLH Realty Corp., as modified*

4.   *Notification of Non-Voting Status*

via *FIRST CLASS MAIL* upon

### *ALL PARTIES ON THE SERVICE LIST ATTACHED HERETO AS EXHIBIT C*

by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Marshall Chasan

Sworn to before me this
29th day of **July, 2010**

Notary Public

Abraham Haroon;
ary Public, State of New Yo
No. 41-4934341
Qualified in Nassau County
Commission Expires June 13, 201

EXHIBIT A

Park Avenue Radiologists Solicitation Package Service List

| | | |
|---|---|---|
| ALPHA MEDICAL EQUIPMENT<br>145 SAWMILL RIVER ROAD<br>YONKERS, NY 10701-6615 | NYC DEPARTMENT<br>OF FINANCE<br>ATTN: LEGAL<br>AFFAIRS - DEVORA<br>COHN<br>345 ADAMS<br>STREET, 3RD FL<br>BROOKLYN, NY<br>11201-3719 | Siemens Financial<br>Services, Inc.<br>c/o Angela Z.<br>Miller, Esq.<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, NY 14203-2887 |
| AMERICAN EXPRESS<br>P.O BOX 2855<br>NEW YORK, NY 10116-2855 | NYC DEPT OF<br>FINANCE<br>AUDIT DIVISION<br>345 ADAMS<br>STREET, 5TH FL<br>BROOKLYN, NY<br>11201-3719 | Key Equipment<br>Finance Inc.<br>1000 McCaslin<br>Boulevard<br>Superior, Colorado<br>80027-9454 |
| Amy Liebeskind, M.D.<br>c/o Arent Fox LLP<br>Attn: Schuyler G.<br>Carroll<br>1675 Broadway New York,<br>NY 10019-5820 | NYS ATTY GEN.<br>OFFICE<br>120 BROADWAY<br>24TH FLOOR<br>NEW YORK, NY<br>10271-0002 | Key Equipment<br>Finance Inc.<br>c/o Lemery<br>Griesler LLC<br>50 Beaver Street<br>2nd Floor<br>Albany, NY 12207-1511 |
| AVAYA FINANCIAL SERVICES<br>524 GRAND REGENCY BLVD<br>BRANDON, FL 33510-3931 | NYS UNEMPLOYMENT<br>INSURANCE FUND<br>P.O. BOX 551<br>ALBANY, NY<br>12201-0551 | |
| CARDINAL HEALTH 414,LLC<br>ATTN: DEBRA WILLET<br>7000 CARDINAL PLACE<br>DUBLIN, OH 43017-1091 | United States<br>Trustee<br>33 Whitehall<br>Street<br>21st Floor<br>New York, NY<br>10004-2122 | |

| | | |
|---|---|---|
| Christopher J. Battaglia, Esq. Walter Benzija, Esq. Halperin Battaglia Raicht, LLP 555 Madison Avenue, 9th Floor New York, NY 10022-3301 | US ATTORNEY One St. Andrew's Plaza New York, NY 10007 | |
| CODONICS, INC. 17991 ENGLEWOOD DRIVE MIDDLEBURG HTS., OH 44130-3493 | | |
| Consolidated Edison Company of New York, Inc 4 Irving Place, Room 1875-S New York, New York 10003-3502 Attn: Bankruptcy Group | | |
| CUSTOM MEDICAL SPECIALTIES, INC. P.O. BOX 177 PINE LEVEL, NC 27568-0177 | | |
| DALAURIE ELANA MAKIN AND JABIR MAKIN PEGALIS & ERICKSON, LLC 1 HOLLOW LANE - SUITE 107 LAKE SUCCESS, NY 11042-1215 | | |
| DATCARD SYSTEMS, INC. 7 GOODYEAR IRVINE, CA 92618 2001 | | |

| | | |
|---|---|---|
| David N. Wynn<br>Schuyler G. Carroll<br>ARENT FOX LLP<br>1675 Broadway<br>New York, New York<br>10019-5820 | | |
| ESTATE OF ARIE<br>LIEBESKIND C/O RONALD J.<br>OFFENKRANTZ LICHTER<br>GLEIDMAN OFFENKRANTZ PC<br>551 FIFTH AVENUE<br>NEW YORK, NY 10176-0001 | | |
| ESTATE OF DOREEN<br>LIBESKIND<br>C/O RONALD J.<br>OFFENKRANTZ<br>LICHTER GLEIDMAN<br>OFFENKRANTZ PC<br>551 FIFTH AVENUE<br>NEW YORK, NY 10176-0001 | | |
| GARMER INDUSTRIES, INC.<br>268 ROUTE 109<br>FARMINGDALE, NY 11735-<br>1559 | | |
| Gary Halpern, MD<br>106 South Highland Rd<br>Garrison, NY 10524-4336 | | |
| HARTFORD FIRE INSURANCE<br>COMPANY<br>BANKRUPTCY UNIT,<br>T-1-55 HARTFORD PLAZA<br>HARTFORD, CT 06115 | | |
| Iron Mountain<br>Information<br>Management,Inc.<br>c/o Frank McGinn, Esq.<br>Bartlett Hackett<br>Feinberg P.C.<br>155 Federal St., 9th Fl.<br>Boston, MA 02110-1610 | | |

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>c/o Teitelbaum & Baskin LLP<br>3 Barker Ave<br>White Plains NY 10601<br>Attn Jay Teitelbaum<br>jteitelbaum@tblawllp.com | | |
| Kenneth Halpern, Esq.<br>Sawyer, Halpern &<br>Demetri<br>666 Old Country Road,<br>Suite 701<br>Garden City, New York<br>11530-2018 | | |
| MADELINE TRIOLO<br>LAW OFFICES OF VICTORIA<br>WICKMAN<br>7 DEY STREET, SUITE 500<br>NEW YORK, NY 10007-3237 | | |
| Marc Liebeskind, M.D.<br>c/o Arent Fox LLP<br>Attn: Schuyler G.<br>Carroll<br>1675 Broadway New York,<br>NY 10019-5820 | | |
| Medical Specialties<br>Managers, Inc.<br>c/o Sills Cummis & Gross<br>P.C.<br>Attention: Jay L.<br>Silverberg, Esq.<br>One Rockefeller Plaza,<br>25th Floor<br>New York, New York<br>10020-2020 | | |
| MICHAEL G. KESSLER AND<br>ASSOCIATES D/B/A KESSLER<br>INTERNATIONAL<br>45 ROCKEFELLER PLAZA-<br>20TH FLOOR | | |

| | | |
|---|---|---|
| NEW YORK, NY 10111-2099 | | |
| Mitchell G. Mandell, Esq.<br>Zukerman Gore Brandeis & Crossman, LLP<br>875 Third Avenue<br>New York, NY 10022-6225 | | |
| MORGENTHAU & GREENES, LLP<br>575 LEXINGTON AVENUE<br>31ST FLOOR<br>NEW YORK, NY 10022-6111 | | |
| OFFICETEAM<br>DIV OF ROBERT HALF INTERNATIONAL<br>5720 STONERIDGE DRIVE, SUITE THREE PLEASANTON, CA 94588-4521<br>ATTN: MARY GONZALEZ | | |
| Paul A. Levine, Esq.<br>Lemery Griesler, LLC<br>50 Beaver Street<br>Albany, NY 12207-1511 | | |
| SUNBERRY'S CAFE<br>106 EAST 60 STREET<br>NEW YORK, NY 10022-1103 | | |
| THE HARTFORD FINANCIAL SERVICES, INC.<br>P.O. BOX 2907<br>HARTFORD, CT 06104-2907 | | |
| UNITEX TEXTILE RENTAL SERVICES<br>C/O STEVE GOTTLIEB<br>161 SOUTH MACQUEEN PKWY<br>MOUNT VERNON, NY 10550-1724 | | |

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A. Attention Robert Kuhn 270 Park Avenue New York, New York 10017-2014 | City of New York New York City Law Department 100 Church Street New York, NY 10007-2668 | |
| Hugh H. Shull, Esq. Michael A. Cardozo Corporation Counsel of the City of New York 100 Church Street New York, NY 10007-2668 | NEW YORK STATE DEPARTMENT OF HEALTH P.O. BOX 9480 UNIONDALE, NY 11555-9480 | |
| MERCHANTILE DEVELOPMENT, INC. P.O. BOX 825 SHELTON, CT 06484-0825 | NEAL S. MANN (NM-0617) ASSISTANT ATTORNEY GENERAL 120 BROADWAY - 24TH FLOOR NEW YORK, NEW YORK 10271-0002 | |
| MARC LIEBESKIND C/O DAVID N. WYNN, ESQ. ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019-5820 | NEW YORK STATE DEPARTMENT OF FINANCE BANKRUPTCY/SPECI AL PROCEDURES SECT P.O. BOX 5300 ALBANY, NY 12205-0300 | |
| | | |
| | | |

| | | |
|---|---|---|
| SANTANDER CONSUMER USA INC., PO BOX 560284 DALLAS, TX 75356-0284 | | |
| SHRED-IT NEW YORK 18 20TH STREET BROOKLYN, NY 11232-1101 | | |
| SOURCE ONE HEALTH TECHNOLOGIES 8020 TYLER BLVD. MENTOR, OH 44060-4884 ATTN: D. HERBERT | INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | |
| The Estate of Doreen S.P. Liebeskind C/o Halperin Battaglia Raicht, LLP 555 Madison Avenue-9th Floor New York, NY 10022-3301 | Manhattan Division One Bowling Green New York, NY 10004-1415 | |
| MEDICAL MALPRACTICE INSURANCE 2 PARK AVENUE SUITE 2600 NEW YORK, NY 10016-5675 | | |
| | | |
| | | |

EXHIBIT B

| | | |
|---|---|---|
| Imaging Services Solicitation Package Service List | United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | KEY EQUIPMENT FINANCE PAYMENT<br>P.O. BOX203901<br>HOUSTON, TX 203901 |
| 525 PARK AVENUE CONDOMINIUM<br>P.O. BOX 29618<br>GPO<br>NEW YORK, NY 10087-9618 | US ATTORNEY<br>ONE ST. ANDREW'S PLAZA<br>CLAIMS UNIT-RM417<br>NEW YORK, NY 10007 | Key Equipment Finance Inc.<br>1000 McCaslin Boulevard<br>Superior, Colorado 80027 |
| AFLAC-NEW YORK<br>ATTN: REMITTANCE PROCESSING<br>1932 WYNNTON ROAD<br>COLUMBUS, GA 31999-6005 | CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: RON MEDLEY, OF COUNSEL<br>NYC DEPARTMENT OF FINANCE-LEGAL AFFAIRS<br>345 ADAMS STREET, 3RD FLOOR<br>BROOKLYN, NY 11201 | Key Equipment Finance Inc.<br>c/o Lemery Greisler LLC<br>50 Beaver Street<br>2nd Floor<br>Albany, NY 12207 |
| ALIMED, INC.<br>P.O. BOX 9135<br>DEDHAM, MA 02027-9135 | CORP. COUNSEL<br>LAW DEPT.<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SIEMENS FINANCIAL SERVICES IN<br>2809 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 |
| ALL POINTS CAPITAL CORP.<br>ATTN:OPERATIONS DEPT.<br>265 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | NYS ATTY GEN. OFFICE<br>120 BROADWAY, 24TH FL.<br>NEW YORK, NY 10271 | Siemens Financial Services, Inc.<br>c/o Angela Z. Miller, Esq.<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, NY 14203 |
| ALL-STATE ENVELOPES LTD.<br>68 35TH STREET<br>BROOKLYN, NY 11232 | | |
| ALPHA MEDICAL EQUIPMENT OF NY<br>145 SAW MILL RIVER ROAD<br>YONKERS, NY 10701 | | |
| AMERICAN ASSOCIATION FOR CANCER RES<br>150 S. INDEPENDENCE MALL WEST<br>PUBLIC LEDGER BUILDING SUITE 816<br>PHILADELPHIA, PA | | |
| AMERICAN COLLEGE OF RADIOLOGY<br>1891 PRESTON WHITE DRIVE<br>RESTON, VA 20191-4397 | | |
| AMERICAN EXPRESS<br>P.O. BOX 2855<br>NEW YORK, NY 10116-2855 | | |
| AMERICAN INSTITUTE OF ULTRASOUND<br>14750 SWEITZER LANE<br>SUITE 100 | | |

| | | |
|---|---|---|
| LAUREL, MD 20707 | | |
| AMERICAN JOURNAL OF ROENTGENOLOGY<br>P.O. BOX 17266<br>BALTIMORE, MD 21297-0419 | | |
| AMERICAN LITTORAL SOCIETY<br>18 HARTSHORNE DRIVE<br>SUITE # 1<br>HIGHLANDS, NJ 07732 | | |
| AMERICAN MEDICAL ASSOCIATION<br>P.O. BOX 930876<br>ATLANTA, GA 31193-0876 | | |
| AMERICAN ROENTGEN RAY SOCIETY<br>1891 PRESTON WHITE DRIVE<br>RESTON, VA 20191-4397 | INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | |
| AMERICAN SOCIETY OF NEURORADIOLOGY<br>P.O. BOX 92157|CHICAGO, IL 60675-2157 | | |
| AMSTERDAM PRINTING AND LITHOGRAPH<br>P.O. BOX 701<br>AMSTERDAM, NY 12010 | | |
| ARENT FOX LLP<br>ATTN: DAVID N. WYNN, SCHUYLER G. CAROLL, MARK A. ANGELOV<br>1675 BROADWAY<br>NEW YORK, N.Y. 10019 | | |
| ASSURED ENVIRONMENTS<br>45 BROADWAY 8TH FLOOR<br>NEW YORK, NY 10006 | | |
| AT&T<br>P.O. BOX 9001319<br>LOUISVILLE, KY 40290-1319 | | |
| AVAYA FINANCIAL SERVICES<br>211 MT. AIRY ROAD<br>BASKING RIDGE, NJ 07920 | | |
| AVAYA, INC.<br>P.O. BOX 5125<br>CAROL STREAM, IL 60197-5125 | | |
| AVOTEC, INC.<br>603 NW BUCK HENDRY WAY<br>STUART, FL 34994 | | |
| BEEKLEY CORPORATION<br>P.O. BOX 369<br>BRISTOL, CT 06011 | | |
| BENEFIT STREET | | |

| | | |
|---|---|---|
| 12677 ALCOSTA BLVD.<br>3RD FLOOR<br>SAN RAMON, CA 94583 | | |
| BERDON LLP<br>360 MADISON AVENUE<br>NEW YORK, NY 10017 | | |
| BIODEX MEDICAL SYSTEMS<br>P.O. BOX 36348<br>NEWARK, NJ 07188-6348 | | |
| BROWN INDUSTRIES INC. | | |
| C.R. BARD, INC.<br>P.O BOX 75767<br>CHARLOTTE, NC 28275 | | |
| CAD SCIENCES<br>245 MAIN STREET<br>SUITE 620<br>WHITE PLAINS, NY 10601 | | |
| CAFE METRO<br>127 EAST 60TH STREET<br>NEW YORK, NY 10022 | | |
| CARDINAL HEALTH<br>P.O. BOX 905488<br>CHARLOTTE, NC 28290 | | |
| CODING INSTITUTE SUB<br>DEPARTMENT<br>2272 AIRPORT RAD SOUTH<br>NAPLES, FL 34112 | | |
| CODONICS INC.<br>P.O. BOX 71-4121<br>COLUMBUS, OH 43271-4121 | | |
| COFFEE DISTRIBUTING CORP.<br>200 BROADWAY<br>P.O. BOX 766 | GARDEN CITY PARK, NY<br>11040-1055 | | |
| CON EDISON - JAF STATION<br>P.O. BOX 1702<br>NEW YORK, NY 10116-1702 | | |
| COOPER SURGICAL<br>P.O. BOX 712280<br>CINCINNATI, OH 45271-2280 | | |
| COVERALL OF NORTHERN NEW<br>JERSEY, IN<br>P.O. BOX 802825<br>CHICAGO, IL 60680-25825 | | |
| CREATIVE DOCUMENT SOLUTIONS<br>1629 MARION-WALDO RD<br>MARION, OH 43302 | | |

| | | |
|---|---|---|
| CUSTOM MEDICAL SPECIALITIES, INC.<br>P.O. BOX 177<br>306 EAST BROWN STREET<br>PINE LEVEL, NC 27658 | | |
| D'AMATO PRINTING, INC.<br>500 PRESIDENT STREET<br>BROOKLYN, NY 11215 | | |
| DATACARD SYSTEMS<br>7 GOODYEAR<br>IRVINE, CA 92618 | | |
| EASTERN WATER SERVICES, INC.<br>24-74 48TH STREET<br>ASTORIA, NY 11103 | | |
| ECLIPSE SYSTEMS INCORPORATED<br>｜37 OZICK DRIVE｜DURHAM, CT 06422 | | |
| ECLOPSE SYSTEMS, INC.<br>37 OZCICK DRIVE<br>DURHAM, CT 06422 | | |
| ELSEVIER<br>P.O. BOX 628239<br>ORLANDO, FL 32682-8239 | | |
| ENTERTAINMENT WEEKLY<br>P.O. BOX 61841<br>TAMPA, FL 33661-1841 | | |
| ENVIRONMENTAL CONTROL CO., INC.<br>3 EXPRESSWAY PLAZA<br>SUITE 110<br>ROSLYN HEIGHTS, NY 11577 | | |
| EQUIFAX<br>P.O. BOX 105783<br>ATLANTA, GA 30348 | | |
| FACILITIES PLANNING OF NY<br>P.O. BOX 5143<br>BROOKFIELD, CT 06804 | | |
| FEDEX<br>P.O. BOX 371431<br>PITTSBURGH, PA 15250-6353 | | |
| FIRE EXTINGUISHER MAINTENANCE<br>P.O. BOX 100115<br>166 BROADWAY｜STATEN ISLAND, NY<br>10310 | | |
| FIRST REHABILITATION LIFE<br>P.O. BOX 220727<br>GREAT NECK, NY 11021-5202 | | |
| FLYNN'S<br>55 EAST 59TH STREET<br>NEW YORK, NY 10021 | | |

| | | |
|---|---|---|
| FRED SMITH PLUMBING & HEATING<br>1674 FIRST AVENUE<br>NEW YORK, NY 10128 | | |
| FRENKEL & CO CHUBB GROUP<br>INSURANCE<br>350 HUDSON STREET<br>4TH FLOOR<br>NEW YORK, NY 10014 | | |
| G. NEIL CORPORATION<br>P.O. BOX 451179<br>SUNRISE, FL 33345-1179 | | |
| GARMER INDUSTRIES<br>268 ROUTE 109<br>FARMINGDALE, NY 11735 | | |
| GE HEALTHCARE OEC<br>2984 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | |
| GOURMETPARK<br>119 EAST 60TH STREET<br>NEW YORK, NY 10022 | | |
| HD SUPPLY FACILITIES MAINTENANCE<br>P.O. BOX 509058<br>SAN DIEGO, CA 92150-9058 | | |
| HELLENIC MEDICAL SOCIETY OF NEW<br>YORK<br>401 EAST 34TH STREET<br>NEW YORK, NY 10016 | | |
| HENRY SCHEIN<br>P.O. BOX 382023<br>PITTSBURGH, PA 15250-8023 | | |
| HIPAA COMPLIANCE ALERT<br>P.O. BOX 9405<br>GAITHERSBURG, MD 20897-9824 | | |
| HOLOGIC, INC.<br>24506 NETWORK PLACE<br>CHICAGO, IL 60673-1245 | | |
| HOLOGIC, INC.<br>ATTN: CLAUDIA MCKELLICK<br>250 CAMPUS DRIVE<br>MARLBOROUGH, MA 01752 | | |
| ICAD, INC.<br>98 SPIT ROAD<br>SUITE 100<br>NASHUA, NH 03062 | | |
| ICCS & CO., llc<br>42 WEST 38TH STREET<br>SUITE 600 | | |

| | | |
|---|---|---|
| NEW YORK, NY 10018 | | |
| IDEARC MEDIA<br>FORMERLY VERIZON DIRECTORIES<br>5601 EXECUTIVE DRIVE<br>IRVING, TEXAS 75038 | | |
| IDEARC MEDIA<br>P.O. BOX 619009<br>DFW AIRPORT, TX 75261-9009 | | |
| IMAGE CONVERSIONS<br>200 WANAQUE AVENUE<br>P.O. BOX 361<br>POMPTON LAKES, NJ 07442-0361 | | |
| INDEPENDENT GRAPHICS, INC.<br>1679 RIVER ROAD<br>P.O. BOX 703<br>PITTSTON, PA 18640 | | |
| INFO HIGHWAY COMMUNICATIONS<br>P.O. BOX 26915<br>NEW YORK, NY 10087-6915 | | |
| INGENIX<br>P.O. BOX 27116<br>SALT LAKE CITY, UT 84127-0116 | | |
| INTERNET INSPIRATIONS<br>RR # 1<br>Tannersville, PA 18372 | | |
| INVIVO CORPORATION<br>P.O. BOX 100355<br>ATLANTA, GA 30384-0355 | | |
| INVIVO CORPORATION<br>P.O. BOX 15185<br>NEWARK, NJ 07192-5185 | | |
| IRON MOUNTAIN RECORDS MGMT<br>P.O. BOX27128<br>NEW YORK, NY 10087-7128 | | |
| ISMRM<br>2030 ADDISON STREET<br>7TH FLOOR<br>BERKELEY, CA 94704 | | |
| JAD CORPORATION OF AMERICA<br>20-48 119TH STREET<br>COLLEGE POINT, NY 11356 | | |
| JAY L. SILVERBERG, ESQ.<br>SILLS CUMMIS & GROSS P.C.<br>ONE ROCKEFELLER PLAZA, 25TH<br>FLOOR<br>NEW YORK, NY 10020 | | |
| JOHN CROSSMAN | | |

| | | |
|---|---|---|
| 875 THIRD AVENUE<br>NEW YORK, NY 10022 | | |
| JOHN STREET FLORIST, INC.<br>100 WILLIAM STREET<br>NEW YORK, NY 10038 | | |
| KEYSTROKES TRANSCRIPTION<br>SERVICES<br>220 GARDEN STREET BLDG A, UNIT D<br>YORKVILLE, IL 60560 | | |
| KEYSTROKES TRANSCRIPTION<br>SERVICES<br>C/O LAW OFFICES OF DANIEL J.<br>KRAMER<br>1107A S. BRIDGE STREET<br>YORKVILLE, IL 60560 | | |
| KINKO'S<br>1122 LEXINGTON AVENUE<br>NEW YORK, NY 10021 | | |
| L.A. GOURMET<br>111 E 58TH STREET<br>NEW YORK, NY 10022 | | |
| LAW OFFICE OF GARY FIELDS<br>8 HAVEN AVENUE<br>PORT WASHINGTON, NY 11050 | | |
| LEXINGTON MEDICAL ASSOCIATES<br>686 LEXINGTON AVENUE #3N<br>NEW YORK, NY 10022 | | |
| LIMORES.NET |134 WEST 37TH<br>STREET<br>2ND FLOOR<br>NEW YORK, NY 10018 | | |
| LIPPINCOTT WILLIAMS & WILKINS<br>P.O. BOX 1590|HAGERSTOWN, MD<br>21740 | | |
| LIVERPOOL CARTING COMPANY<br>5 BRUCKNER BLVD<br>BRONX, NY 10454 | | |
| LOEWS CINEPLEX ENTERTAINMENT<br>251 WEST CENTRAL ST. SUITE 28<br>NATICK, MA 01760 | | |
| LO-TEMP INC.<br>106-11 PINEGROVE ST.<br>JAMAICA, NY 11435 | | |
| M&M RECOVERY SERVICES, LLC<br>145 HUGENOT STREET<br>SUITE 300<br>NEW ROCHELLE, NY 10801-5238 | | |

| | | |
|---|---|---|
| MALLINCKRODT INC.<br>P.O. BOX 13667<br>NEWARK, NJ 07188-0667 | | |
| MANHATTAN MINI STORAGE<br>EDISON PROPERTIES LLC-MMS<br>P.O. Box 34405<br>NEWARK, NJ 07189-4405 | | |
| MANTIS IQ SOLUTIONS INC<br>1001 AVENUE OF THE AMERICAS<br>11TH FL<br>NEW YORK, NY 10018 | | |
| MANTIS TECHNOLOGY LLC<br>261 WEST 35TH STREET SUITE 800<br>NEW YORK, NY 10001 | | |
| MARIELLA PIZZA<br>151 E. 60TH STREET<br>NEW YORK, NY 10022-1246 | | |
| MCKESSON<br>401 MASON ROAD<br>LAVERGNE, TN 37086 | | |
| MCKESSON<br>PO BOX 841838<br>DALLAS, TX 75284-1838 | | |
| MEDIA AMERICA, INC.<br>P.O. BOX 682268<br>FRANKLIN, TN 37068-2268 | | |
| MEDICAL LIABILTY MUTUAL<br>PO BOX 7247-7232<br>PHILADELPHIA, PA 19170-7232 | | |
| MEDICAL SPEACIALTIES MANAGER<br>981 SOUTH PARKER ST. SUITE 100<br>ORANGE, CA 92868-4727 | | |
| Medical Specialties Managers, Inc.<br>c/o Sills Cummis & Gross P.C.<br>Attention: Lori K. Sapir, Esq.<br>One Rockefeller Plaza, 25th Floor<br>New York, New York 10020 | | |
| MEDRAD<br>PO BOX 360172<br>PITTSBURGH, PA 15251-6172 | | |
| MERCANTILE DEVELOPMENT, INC.<br>10 WATERVIEW DRIVE<br>P.O. Box 825<br>SHELTON, CT 06484-0825 | | |
| MICROCOMPUTER CONSULTING<br>GROUP<br>65 W. 36TH STREET SUITE 302 | | |

| | | |
|---|---|---|
| NEW YORK, NY 10021 | | |
| MITCHELL G. MANDELL, ESQ.<br>ZUKERMAN GORE BRANDEIS &<br>CROSSMAN, LLP<br>875 THIRD AVENUE<br>NEW YORK, NEW YORK 10022 | | |
| MORGENTHAU & GREENES, LLP<br>575 LEXINGTON AVENUE 31ST FLOOR<br>NEW YORK, NY 10022 | | |
| MRL CLEANING SERVICES LLC.<br>571 STEWART STREET<br>RIDGEFIELD, NJ 07657 | | |
| NATIONAL DIGITAL<br>1000 CHESTERBROOK BLVD SUITE<br>110<br>BERWYN, PA 19312 | | |
| NATIONAL LIFE INSURANCE CO.<br>1 NATIONAL LIFE DRIVE<br>MONTPELIER, VT 05604-0002 | | |
| OFFICE DEPOT<br>PO BOX 31533<br>HARTFORD, CT 06150-1533 | | |
| OFFICETEAM<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | |
| OXFORD HEALTH PLANS<br>PO BOX 1349<br>NEWARK, NJ 07101-1697 | | |
| OXFORD HEALTH PLANS<br>PO BOX 26973<br>General Post Office<br>NEW YORK, NY 10087-6973 | | |
| PAETEC COMMUNICATIONS<br>PO BOX 1283<br>BUFFALO, NY 14240-2555 | | |
| PART B ANSWER BOOK/NEWS<br>PO BOX 9405<br>GAITHERSBURG, MD 20897-9824 | | |
| PATSY'S PIZZERIA<br>206 E. 60TH STREET<br>NEW YORK, NY 10022 | | |
| PAUL A. LEVINE<br>LEMERY GREISLER LLC<br>50 BEAVER STREET\|ALBANY, NY<br>12207 | | |
| PAUL REVERE INSURANCE GROUP<br>PO BOX 13974 | | |

| | | |
|---|---|---|
| PHILADELPHIA, PA 19101-3974 | | |
| PDG CONSULTANTS<br>1 SHETLAND LANE # 2<br>PALISADES PARK, NJ 07650 | | |
| PETNET SOLUTIONS, INC<br>P.O. BOX 277293<br>ATLANTA, GA 30384-7293 | | |
| PHOENIX MEDICAL CONSTR CO<br>681 CHESTNUT STREET<br>UNION, NJ 07083 | | |
| PHYSICANS SALES & SERVICE INC<br>208 PASSAIC AVENUE<br>FAIRFIELD, NJ 07004-3517 | | |
| PITNEY BOWERS PURCHASE POWER<br>P.O. BOX 856042<br>LOUISVILLE, KY 40285-6042 | POOL OF NEW YORK STATE<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 | |
| PITNEY BOWES INC.<br>P.O. BOX 856390<br>LOUISVILLE, KY 40285-6390 | | |
| PSS-NORTHEAST<br>208 PASSAIC AVENUE SUITE 2<br>FAIRFIELD, NJ 07004-3515 | | |
| PUTNAM INVESTMENTS<br>100 FINANCIAL PARK<br>FRANKLIN, MA 02038 | | |
| QUILL<br>PO BOX 94081<br>Palatine, IL 60094 | | |
| RAPID SHRED SECURITY<br>85 B STATE STREET<br>NEW HAVEN, CT 06473 | | |
| RDS DELIVERY SERVICE CO., INC.<br>436 EAST 11TH STREET<br>NEW YORK, NY 10009 | | |
| SCHLOSS & COMPANY<br>1400 OLD COUNTRY ROAD SUITE 310<br>WESTBURY, NY 11590-5125 | | |
| SHRED-IT NEW YORK<br>18-20TH STREET<br>BROOKLYN, NY 11232 | | |
| SILOAM FARM INC.<br>SMILEY'S DELI AND GROCERY<br>802 LEXINGTON AVENUE<br>NEW YORK, NY 10021 | | |
| SOURCEONE HEALTHCARE<br>P.O. BOX 8004<br>MENTOR, OH 44061-8004 | | |

| | | |
|---|---|---|
| STERICYCLE, INC<br>PO BOX 9001590<br>LOUISVILLE, KY 40290-1590 | | |
| STAPLES BUSINESS ADVANTAGE<br>PO BOX 415256<br>BOSTON, MA 02241-5256 | | |
| SUN LIFE FINANCIAL<br>PO BOX 7247-0373<br>PHILADELPHIA, PA 19170-0373 | | |
| SUNBERRY'S<br>106 EAST 60TH STREET<br>NEW YORK, NY 10022 | | |
| SUROS SURGICAL SYSTEMS<br>P.O. BOX 660258<br>INDIANAPOLIS, IN 46266-0258 | | |
| T.W. SMITH CORP.<br>885 MEEKER AVENUE<br>BROOKLYN, NY 11222-3815 | | |
| TGI OFFICE AUTOMATION<br>120 3RD STREET<br>BROOKLYN, NY 11231 | | |
| THE HOME DEPOT SUPPLY<br>P.O. BOX 509058<br>SAN DIEGO, CA 92150-9058 | | |
| THYSSENKRUPP ELEVATOR CORP<br>494 EIGHT AVENUE 11TH FLOOR<br>NEW YORK, NY 10001 | | |
| TIME PAYMENT CORP<br>P.O. BOX 3069<br>WOBURN, MA 018881 | | |
| TIME SYSTEMS INTERNATIONAL<br>142 S. VAN BRUNT STREET<br>ENGLEWOOD, NJ 07631 | | |
| TIME WARNER CABLE OF NYC<br>P.O. BOX 9227<br>UNIONDALE, NY 11555-9227 | | |
| TOWN CAR INTERNATIONAL<br>36-36 33RD STREET<br>SUITE 308<br>LONG ISLAND CITY, NY 11106 | | |
| U.S. BANCORP EQUIPMENT FINANCE<br>13010 S.W. 68TH PARKWAY<br>PORTLAND, OR 97223 | | |
| UMBRELLA LOCKSMITH & SECURITY<br>1306 SECOND AVENUE<br>NEW YORK, NY 10021 | | |
| UNINSURED EMPLOYERS FUND | | |

| | | |
|---|---|---|
| 20 PARK STREET<br>ALBANY, NY 12207 | | |
| UNITED STAFFING SYSTEMS<br>261 MADISON AVENUE 2ND FLOOR<br>NEW YORK, NY 10016 | | |
| UNITED STATES POSTAL SERVICE<br>P.O. BOX 7247-0166<br>PHILADELPHIA, PA 19170-0166 | | |
| UNITEX TEXTILE RENTAL<br>155 SO. TERRACE AVENUE<br>MT. VERNON, NY 10550 | | |
| UNITEX TEXTILE RENTAL SERVICES<br>INC.<br>C/O STEVE GOTTLIEB<br>161 SOUTH MACQUESTEN PKWY.<br>MOUNT VERNON, NY 10550 | | |
| VERIZON<br>PO BOX 1100<br>ALBANY, NY 12250-0001 | | |
| VERIZON<br>PO BOX 12045<br>TRENTON, NJ 08650-2045 | | |
| VERIZON<br>PO BOX 15026<br>ALBANY, NY 12212-5026 | | |
| VERIZON<br>PO BOX 15124<br>ALBANY, NY 12215-5124 | | |
| VERIZON WIRELESS<br>PO BOX 489<br>NEWARK, NJ 07101-0489 | | |
| W.B. MASON CO.,INC.<br>P.O. BOX 55840<br>BOSTON, MA 02205-5840 | | |
| WALL STREET JOURNAL<br>200 BURNETT ROAD<br>CHICOPEE, MA 01020 | | |
| WEBMD<br>302 WEST MAIN STREET SUITE 206<br>AVON, CT 06001 | | |
| WELLS FARGO EQUIPMENT FINANCE<br>P.O. BOX 1450<br>MINNEAPOLIS, MN 55485-8178 | | |
| WILLIAM PENN LIFE INSURANCE<br>P.O. BOX 740527<br>ATLANTA, GA 30374-0527 | | |
| WRAP N RUN GRILL | | |

| | | |
|---|---|---|
| 1125 LEXINGTON AVENUE<br>NEW YORK, NY 10021 | | |
| NY COUNTY MEDICAL SOCIETY<br>12 E. 41ST STREET 15TH FLOOR<br>NEW YORK, NY 10017 | | |
| NYC DEPARTMENT OF HEALTH<br>2 LAFAYETTE STREET 11TH FLOOR<br>NEW YORK, NY 10007 | | |
| NYS DEPARTMENT OF STATE<br>DIVISION OF CORPORATION41 STATE STR<br>ALBANY, NY 12231 | | |
| NYS DEPT OF HEALTH & MENTAL HYGEINE<br>P.O. BOX 9480<br>UNIONDALE, NY 11555-9480 | | |
| NYS UNEMPLOYMENT INSURANCE FUND<br>P.O. BOX 551<br>ALBANY, NY 12201 | | |
| NEW YORK STATE DEPARTMENT OF TAX &<br>BANKRUPTCY/SPECIAL PROCEDURES SECT<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | | |
| NYC DEPARTMENT OF FINANCE<br>\|ATTN: LEGAL AFFAIRS - DEVORA COHN\|345 ADAMS STREET, 3RD FL\|BROOKLYN, NY 11201 | | |
| STATE OF NJ DIVISION OF COSUMER AFFAIRS<br>P.O. BOX 152<br>TRENTON, NJ 08625-0152 | | |
| STATE PROCESSING CENTER<br>PO BOX 220756<br>ALBANY, NY 12201-2076 | | |
| SIEMENS MEDICAL SOLUTIONS USA<br>ATTN: STEVEN KRIEGER<br>51 VALLEY STREAM PARKWAY<br>MAIL CODE G03<br>MALVERN, PA 19355 | | |
| SIEMENS MEDICAL SOLUTIONS USA,<br>PO BOX 7777 W3580<br>PHILADELPHIA, PA 19175 | | |
| Siemens Medical Solutions USA, Inc.<br>c/o Angela Z. Miller, Esq. | | |

| Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, NY 14203 | | |
| --- | --- | --- |

EXHIBIT C

MLLH Solicitation Package Service List

| | | |
|---|---|---|
| 525 PARK AVENUE CONDOMINIUM P.O. BOX 29618 NEW YORK, NY 10087-9618 | NEW YORK STATE DEPARTMENT OF FINANCE BANKRUPTCY/SPECIAL PROCEDURES SECT P.O. BOX 5300 ALBANY, NY 12205-0300 | JPMorgan Chase Bank,N.A. Attention Robert Kuhn 270 Park Avenue New York, New York 10017 |
| Bank of New York/Chase 44 Wall Street New York, NY 10005 | NEW YORK STATE DEPARTMENT OF STATE 41 STATE STREET ALBANY, NY 12231-0002 | JPMorgan Chase Bank, N.A. c/o Teitelbaum & Baskin LLP 3 Barker Ave White Plains NY 10601 Attn Jay Teitelbaum jteitelbaum@tblawllp.com |
| Christopher J. Battaglia, Esq. Walter Benzija, Esq. HALPERIN BATTAGLIA RAICHT, LLP 555 Madison Avenue, 9th Floor New York, New York 10022 | NYC DEPARTMENT OF FINANCE ATTN: LEGAL AFFAIRS - DEVORA COHN 345 ADAMS STREET, 3RD FL BROOKLYN, NY 11201 | |
| Dr. Marc Liebeskind David N. Wynn Schuyler G. Carroll Mark A. Angelov ARENT FOX LLP 1675 Broadway New York, New York 10019 | NYC DEPT. OF FINANCE AUDIT DIVISION 345 ADAMS STREET, 5TH FLOOR BROOKLYN, NY 11201 ATTN: BANKRUPTCY UNIT | |
| DOCTORS RADIOLOGY ASSOCIATES, P.C. 525 PARK AVENUE NEW YORK, NY 10065 | NYS ATTY GEN. OFFICE 120 BROADWWAY 24TH FLOOR NEW YORK, NY 10271 | |
| DR. ALBERT MESSINA 525 PARK AVENUE NEW YORK, NY 10065 | NYS UNEMPLOYMENT INSURANCE FUND P.O. BOX 551 ALBANY, NY 12201 | |
| DR. GARY HALPERN 1641-35 THIRD AVENUEAPT 35HNEW YORK, NY 10128 | NYS Unemployment Insurance Fund P.O. Box 551 Albany, NY 12201 | |
| DR. MARC LIEBESKIND 350 EAST 72ND STREET NEW YORK, NY 10021 | CORP. COUNSEL LAW DEPT. 100 CHURCH STREET NEW YORK, NY 10007 | |
| EASTSIDE RADIATION ONCOLOGY ASSOCIA 525 PARK AVENUE NEW YORK, NY 10065 | INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | |

| | | |
|---|---|---|
| ESTATE OF ARIE LIEBESKIND<br>C/O RONALD J. OFFENKRANTZ<br>LICHTER GLEIDMAN<br>OFFENKRANTZ PC<br>551 FIFTH AVENUE<br>NEW YORK, NY 10176 | | |
| ESTATE OF DOREEN LIBESKIND<br>C/O RONALD J. OFFENKRANTZ<br>LICHTER GLEIDMAN<br>OFFENKRANTZ<br>551 FIFTH AVENUE<br>NEW YORK, NY 10176 | | |
| FRANKLIN JULIE<br>551 FIFTH AVENUE<br>24TH FLOOR<br>NEW YORK, NY 10176 | | |
| GARY HALPERN<br>106 SOUTH HIGHLAND<br>GARRISON, NY 10524 | | |
| Kenneth Halpern, Esq.<br>Sawyer, Halpern & Demetri<br>666 Old Country Road Suite #701<br>Garden City, New York 11530 | | |
| Key Equipment Finance Inc.<br>1000 McCaslin Boulevard<br>Superior, Colorado 80027 | | |
| M&L 655 PARK AVENUE<br>ASSOCIATES<br>525 PARK AVENUE<br>NEW YORK, NY 10065 | | |
| Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1408 | | |
| Mitchell G. Mandell, Esq.<br>Zukerman Gore Brandeis &<br>Crossman, LLP<br>875 Third Avenue<br>New York, New York 10022 | | |
| MLLH 67TH STREET IMAGING<br>ASSOCIATES<br>525 PARK AVENUE<br>NEW YORK, NY 10065 | | |
| Paul A. Levine |Lemery Greisler<br>LLC|50 Beaver Street|Albany,<br>New York 12207 | | |