Robert M. Hirsh
David N. Wynn
Mark A. Angelov
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

*Attorneys for Park Avenue Radiologists, P.C., et al., Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
PARK AVENUE RADIOLOGISTS, P.C.,                           :    Case No. 09-14929 (MG) through
*et al.*,                                                 :              09-14931 (MG)
                                                          :
        Reorganized Debtors.                         :    (Jointly Administered)
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Arent Fox LLP, hereby appears as counsel for the Reorganized Debtors in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the persons listed below at the following address, telephone and facsimile numbers, and e-mail addresses:

        Robert M. Hirsh
        ARENT FOX LLP
        1675 Broadway
        New York, NY 10019
        Telephone: (212) 484-3900
        Facsimile: (212) 484-3990
        hirsh.robert@arentfox.com

NYC/568626.1

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Reorganized Debtors: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) to have a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to assert any other rights, claims, actions, setoffs, defenses, or recoupments to which the Reorganized Debtors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Reorganized Debtors expressly reserve.

Dated: New York, New York
February 18, 2011

ARENT FOX LLP

Attorneys for Park Avenue Radiologists, PC, *et al.*,
Reorganized Debtors

By: */s/ Robert M. Hirsh*
Robert M. Hirsh
1675 Broadway
New York, New York 10019
(212) 484-3900